**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____     Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lexington Blue, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2855063** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **287 Pasadena Drive** <br> **Lexington, KY 40503** <br> Number, Street, City, State & ZIP Code | **P.O. Box 121241** <br> **Covington, KY 41012** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fayette** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **bk-lexingtonblue.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Lexington Blue, Inc.**
     Name                                         Case number *(if known)*

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2361

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

---

Debtor    **Lexington Blue, Inc.**
_____    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|--------|------------------------|--|--------------|-----------------|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|--|--|--|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|--|--|--|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Lexington Blue, Inc.**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Lexington Blue, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 15, 2025**
MM / DD / YYYY

**X** **/s/ Brad Pagel**                          **Brad Pagel**
Signature of authorized representative of debtor        Printed name

Title   **CEO, owner**

---

**18. Signature of attorney**

**X** **/s/ J. Christian Dennery**          Date   **June 15, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**J. Christian Dennery**
Printed name

**Dennery, PLLC**
Firm name

**PO Box 121241**
**Covington, KY 41012**
Number, Street, City, State & ZIP Code

Contact phone   **(888) 833-2826**   Email address   **info@bk-lexingtonblue.com**

**95878 KY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Lexington Blue, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration    Debtor's Statement regarding 1116 small business documents; Corporate Resolution authorizing
                                                 the filing of chapter 11 petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2025**            X **/s/ Brad Pagel**
                                             Signature of individual signing on behalf of debtor

                                             **Brad Pagel**
                                             Printed name

                                             **CEO, owner**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Lexington Blue, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **024-165:Rans Ft Wright, KY 41011** | | **Gutters, Roofing** | | | | **$14,125.43** |
| **24-5505:Soez Paris, KY 40361** | | **Roofing** | | | | **$10,000.00** |
| **24-5511:Miez Frankfort, KY 40601** | | **Roofing** | | | | **$14,571.66** |
| **24-5520:Aner Corinth, KY 41010** | | **Metal Roof, Gutters** | | | | **$15,000.00** |
| **American Building & Contracting c/o Timothy Ducar Law Office of Timothy D. Ducar, PLC 9280 E. Raintree Dr., Suite 104 Scottsdale, AZ 85260** | | **AM. BUILD. AND CONT. SUP. CO., INC. VS. LEXINGTON BLUE, INC. 25-CI-02148** | **Unliquidated** | | | **$43,208.21** |
| **Andrew Stringer 11907 Palba Way 6906 Fort Myers, FL 33912** | | **Andrew Stringer v. LEXINGTON BLUE EEOC Charge Number: 474-2024-02034** | **Contingent Unliquidated Disputed** | | | **$25,000.00** |
| **Bluevine Inc. 401 Warren St Redwood City, CA 94063-1578** | | **Business Loan** | **Contingent Unliquidated Disputed** | | | **$35,000.00** |
| **Christopher Jackson 4588 Bells Ln Cincinnati, OH 45244** | | **Mr. Christopher Jackson v. LEXINGTON BLUE EEOC Charge Number: 473-2025-00143** | **Contingent Unliquidated Disputed** | | | **$25,000.00** |

| Debtor | **Lexington Blue, Inc.** | | Case number *(if known)* | |
|--------|------|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dacoda S. Mays 821 marcellus drive Lexington, KY 40505** | | **Dacoda S. Mays v. LEXINGTON BLUE EEOC Charge Number: 474-2025-00111** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **David Hodgson 577 Green Valley Drive Lexington, KY 40511** | | **David Hodgson v. Lexington blue EEOC Charge Number: 474-2025-00001** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **David Perkins 577 Green Valley Dr Lexington, KY 40511** | | **David Perkins v. Lexington Blue EEOC Charge Number: 474-2025-00095** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **Elite Graphics 500 Horton Ct Lexington, KY 40511** | | | **Unliquidated Disputed** | | | **$15,000.00** |
| **Emily M. Rees 828 Malabu Dr. Apt. 312 Lexington, KY 40502** | | **Miss Emily M. Rees v. LEXINGTON BLUE EEOC Charge Number: 474-2025-00872** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **Emily Shelfer 8500 Westmont Dr Apt. H363 Sellersburg, IN 47172** | | **Mrs. Emily Shelfer v. LEXINGTON BLUE EEOC Charge Number: 474-2024-01292** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **Gulfside Supply, Inc. d/b/a Gulfeagle Sup 2900 E. 7th Avenue Suite 200 Tampa, FL 33605** | | **GULFSIDE SUPPLY, INC. D/B/A GULFEAGLE SUP VS. LEXINGTON BLUE 25-CI-00040** | **Unliquidated** | | | **$70,804.68** |
| **Jessica Liban 7479 Valley View Place Apt 204 Cincinnati, OH 45244** | | **Jessica Liban v. LEXINGTON BLUE EEOC Charge Number: 474-2024-02070** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **Kentucky Education and Labor Cabinet 500 Mero Street Frankfort, KY 40601** | | **worker's comp claim** | **Contingent Unliquidated Disputed** | | | **$700,000.00** |
| **Madison M. Drake 445 Darbyshire Dr 45177 Wilmington, OH 45177** | | **Madison M. Drake v. Lexington Blue EEOC Charge Number: 474-2025-00091** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |

Debtor **Lexington Blue, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sara Nichols 9950 Washington Ave Loveland, OH 45140** | | **Sara Nichols v. Lexington Blue EEOC Charge Number: 474-2025-00045** | **Contingent Unliquidated Disputed** | | | **$50,000.00** |
| **U.S. Equal Employment Opportunity Commis 600 Dr. Martin Luther King Jr. Place Suite 268 Louisville, KY 40202** | | **EEOC charge for compensatory and punitive damages to a class of at least 28 former employees who claim that they were subjected to a hostile work envi** | **Contingent Unliquidated Disputed** | | | **$700,000.00** |

**Fill in this information to identify the case:**

Debtor name **Lexington Blue, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Kentucky Department of Revenue**<br>**Legal Branch - Bankruptcy Section**<br>**P.O. Box 5222**<br>**Frankfort, KY 40602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Lexington Blue, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,097.15** |
|---|---|---|---|

**024-102:Heng**

**Dayton, OH 45431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _4/11/2024_

**Basis for the claim:**  _Roofing_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,291.42** |
|---|---|---|---|

**024-156:Miee**

**Monroe, OH 45050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _7/16/2024_

**Basis for the claim:**  _Roofing, Gutters_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,367.26** |
|---|---|---|---|

**024-157:Maon**

**Cincinnati, OH 45240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _7/23/2024_

**Basis for the claim:**  _Roofing, Gutters_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,188.56** |
|---|---|---|---|

**024-159:Cach**

**Cincinnati, OH 45237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _7/24/2024_

**Basis for the claim:**  _Roofing_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,125.43** |
|---|---|---|---|

**024-165:Rans**

**Ft Wright, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _8/7/2024_

**Basis for the claim:**  _Gutters, Roofing_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$653.95** |
|---|---|---|---|

**024-167:Chay**

**Covington, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _8/19/2024_

**Basis for the claim:**  _LANE & HICKS COMPUTER CONSULTING LLC VS._
_LEXINGTON BLUE, INC_
_24-CI-03838_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,855.62** |
|---|---|---|---|

**024-175:Male**

**Independence, KY 41051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _8/14/2024_

**Basis for the claim:**  _Roofing_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address**
**024-176:Raet**

Cincinnati, OH 45216

Date(s) debt was incurred  8/14/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$3,798.17**

---

**3.9** | **Nonpriority creditor's name and mailing address**
**024-177:Rean**

Cincinnati, OH 45240

Date(s) debt was incurred  8/14/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$5,208.71**

---

**3.10** | **Nonpriority creditor's name and mailing address**
**024-181:Ante**

Cincinnati, OH 45240

Date(s) debt was incurred  8/27/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$4,889.17**

---

**3.11** | **Nonpriority creditor's name and mailing address**
**024-184:Frel**

Trenton, OH 45067

Date(s) debt was incurred  9/6/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$3,234.72**

---

**3.12** | **Nonpriority creditor's name and mailing address**
**024-185:Daey**

Cleves, OH 45002

Date(s) debt was incurred  9/10/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$8,594.15**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**024-186:Jong**

Cincinnati, OH 45231

Date(s) debt was incurred  9/10/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$5,969.90**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**024-187:Wals**

Florence, KY 41042

Date(s) debt was incurred  9/13/2024

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No  ☐ Yes

**$7,627.60**

---

Debtor    **Lexington Blue, Inc.**
_____
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**024-188:Fren**<br><br>**Lebanon, OH 45036**<br>**Date(s) debt was incurred** _9/20/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Roofing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,883.78** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**024-189:Joen**<br><br>**Union, KY 41091**<br>**Date(s) debt was incurred** _9/20/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Roofing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,112.61** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**024-190:Jous**<br><br>**Erlanger, KY 41018**<br>**Date(s) debt was incurred** _9/25/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Roofing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,706.53** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**024-191:Joth**<br><br>**Lebanon, OH 45036**<br>**Date(s) debt was incurred** _9/23/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Roofing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,336.32** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**024-196:Lion**<br><br>**Golf Manor, OH 45237**<br>**Date(s) debt was incurred** _11/14/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Roofing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,124.59** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**024-197:Leor**<br><br>**Cincinnati, OH 45231**<br>**Date(s) debt was incurred** _11/21/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Roofing_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,282.31** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**024-198:Brtt**<br><br>**Hamersville, OH 45130**<br>**Date(s) debt was incurred** _12/3/2024_<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Siding and Exterior_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,588.18** |

| Debtor | Lexington Blue, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.22** Nonpriority creditor's name and mailing address
**10:Dals**

Louisville, KY 40220

Date(s) debt was incurred  -
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofind, siding, gutters**

Is the claim subject to offset? ■ No ☐ Yes

**$9,629.41**

---

**3.23** Nonpriority creditor's name and mailing address
**16-4777:Sand**

Lexington, KY 40504

Date(s) debt was incurred  **5/1/2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gutters,**

Is the claim subject to offset? ■ No ☐ Yes

**$500.03**

---

**3.24** Nonpriority creditor's name and mailing address
**16-4808:Adra**

Lexington, KY 40503

Date(s) debt was incurred  **5/16/2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing, Siding and Exterior**

Is the claim subject to offset? ■ No ☐ Yes

**$3,433.01**

---

**3.25** Nonpriority creditor's name and mailing address
**16-4811:Teth**

Georgetown, KY 40324

Date(s) debt was incurred  **5/17/2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$5,069.26**

---

**3.26** Nonpriority creditor's name and mailing address
**16-4880:Sais**

Lawrenceburg, KY 40342

Date(s) debt was incurred  **6/21/2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Metal Roof, Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$3,484.39**

---

**3.27** Nonpriority creditor's name and mailing address
**19:Kell**

Louisville, KY 40210

Date(s) debt was incurred  -
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$4,983.65**

---

**3.28** Nonpriority creditor's name and mailing address
**20:Kird**

Louisville, KY 40291

Date(s) debt was incurred  -
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$5,402.49**

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**21:Phwe**

**Louisville, KY 40212**

Date(s) debt was incurred  **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$3,787.46**

---

**3.30** | Nonpriority creditor's name and mailing address
**22:Rill**

**Louisville, KY 40258**

Date(s) debt was incurred  **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$6,347.25**

---

**3.31** | Nonpriority creditor's name and mailing address
**23-4920:Heva**

**Lexington, KY 40515**

Date(s) debt was incurred  **7/18/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gutters, Roofing, Siding and Exterior**

Is the claim subject to offset? ■ No ☐ Yes

**$4,835.51**

---

**3.32** | Nonpriority creditor's name and mailing address
**23-4964:Lars**

**Richmond, KY 40475**

Date(s) debt was incurred  **8/8/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gutters, Roofing, Siding and Exterior**

Is the claim subject to offset? ■ No ☐ Yes

**$7,105.76**

---

**3.33** | Nonpriority creditor's name and mailing address
**23-4967:Vaur**

**Richmond, KY 40475**

Date(s) debt was incurred  **8/11/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gutters, Siding and Exterior, Roofing, Repairs**

Is the claim subject to offset? ■ No ☐ Yes

**$6,950.76**

---

**3.34** | Nonpriority creditor's name and mailing address
**23-5012:Roer**

**Richmond, KY 40475**

Date(s) debt was incurred  **9/1/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing, Siding and Exterior, Gutters**

Is the claim subject to offset? ■ No ☐ Yes

**$4,687.01**

---

**3.35** | Nonpriority creditor's name and mailing address
**23-5014:Nott**

**Mount Sterling, KY 40353**

Date(s) debt was incurred  **9/1/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$3,393.11**

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**23-5022:Elrd**<br><br>**Danville, KY 40422**<br>Date(s) debt was incurred  **9/6/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Roofing**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$4,235.76** |

---

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**23-5035:Scon**<br><br>**Versailles, KY 40383**<br>Date(s) debt was incurred  **9/13/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Roofing**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$6,959.98** |

---

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**23-5036:Lef)**<br><br>**Lexington, KY 40514**<br>Date(s) debt was incurred  **9/13/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Roofing**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,794.43** |

---

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**23-5083:Piga**<br><br>**Lexington, KY 40511**<br>Date(s) debt was incurred  **10/18/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Roofing**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,773.01** |

---

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**23-5097:Sher**<br><br>**Lexington, KY 40509**<br>Date(s) debt was incurred  **10/24/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Roofing, Gutters**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$5,705.85** |

---

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**23-5098:Bron**<br><br>**Richmond, KY 40475**<br>Date(s) debt was incurred  **10/24/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Siding and Exterior, Roofing, Gutters**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,782.20** |

---

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**23-5123:Anon**<br><br>**Berea, KY 40403**<br>Date(s) debt was incurred  **7/16/2024**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Roofing**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$4,509.01** |

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,479.52 |
|---|---|---|---|

**23-5131:Daer**

**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2023**

**Basis for the claim:  Metal Roof, Roofing, Gutters**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,631.01 |
|---|---|---|---|

**23-5146:Bots**

**Nicholasville, KY 40356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/8/2023**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,765.76 |
|---|---|---|---|

**23-5171:Strd**

**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2024**

**Basis for the claim:  Gutters, Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,351.70 |
|---|---|---|---|

**23-5175:Jays**

**Lexington, KY 40513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/10/2024**

**Basis for the claim:  Gutters, Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,154.69 |
|---|---|---|---|

**23-5183:Mall**

**Lexington, KY 40515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/29/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,775.76 |
|---|---|---|---|

**23-5187:Rops**

**Lexington, KY 40517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/25/2024**

**Basis for the claim:  Gutters, Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,864.77 |
|---|---|---|---|

**23:Rion**

**Louisville, KY 40258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **-**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Lexington Blue, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,664.01 |
|---|---|---|---|

**24-5192:Jier**

**Lexington, KY 40515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/31/2024**

Last 4 digits of account number __

**Basis for the claim:  Gutters, Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,908.01 |
|---|---|---|---|

**24-5199:Jewn**

**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/14/2024**

Last 4 digits of account number __

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,128.76 |
|---|---|---|---|

**24-5202:Bery**

**Richmond, KY 40475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/23/2024**

Last 4 digits of account number __

**Basis for the claim:  Siding and Exterior, Gutters, Metal Roof**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,270.78 |
|---|---|---|---|

**24-5209:Fesm**

**Lexington, KY 40515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/29/2024**

Last 4 digits of account number __

**Basis for the claim:  Gutters, Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,247.01 |
|---|---|---|---|

**24-5213:Kaer**

**Lexington, KY 40517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/29/2024**

Last 4 digits of account number __

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,314.01 |
|---|---|---|---|

**24-5221:Jaan**

**Richmond, KY 40475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/13/2024**

Last 4 digits of account number __

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,725.11 |
|---|---|---|---|

**24-5228:Jend**

**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/2024**

Last 4 digits of account number __

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,192.01 |
|---|---|---|---|
| | 24-5240:Daey | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Paris, KY 40361 | ☐ Disputed | |
| | Date(s) debt was incurred  4/2/2024 | Basis for the claim:  Roofing | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,998.01 |
|---|---|---|---|
| | 24-5244:Keco | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Lexington, KY 40503 | ☐ Disputed | |
| | Date(s) debt was incurred  4/5/2024 | Basis for the claim:  Roofing | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,627.01 |
|---|---|---|---|
| | 24-5245:Joey | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Georgetown, KY 40324 | ☐ Disputed | |
| | Date(s) debt was incurred  4/5/2024 | Basis for the claim:  Gutters, Roofing | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,144.56 |
|---|---|---|---|
| | 24-5248:Roes | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Lexington, KY 40515 | ☐ Disputed | |
| | Date(s) debt was incurred  4/8/2024 | Basis for the claim:  Roofing | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,546.51 |
|---|---|---|---|
| | 24-5257:Mial | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Richmond, KY 40475 | ☐ Disputed | |
| | Date(s) debt was incurred  4/24/2024 | Basis for the claim:  Roofing, Gutters | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,932.56 |
|---|---|---|---|
| | 24-5258:Daon | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Lexington, KY 40514 | ☐ Disputed | |
| | Date(s) debt was incurred  4/24/2024 | Basis for the claim:  Roofing | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,340.63 |
|---|---|---|---|
| | 24-5260:Doee | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Lexington, KY 40514 | ☐ Disputed | |
| | Date(s) debt was incurred  4/25/2024 | Basis for the claim:  Roofing | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,130.89 |
| | **24-5262:Kens** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Lexington, KY 40515** | ☐ Disputed | |
| | Date(s) debt was incurred __4/29/2024__ | Basis for the claim: __Roofing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,593.51 |
| | **24-5266:Malg** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Georgetown, KY 40324** | ☐ Disputed | |
| | Date(s) debt was incurred __4/30/2024__ | Basis for the claim: __Roofing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,140.14 |
| | **24-5272:Lill** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Lexington, KY 40504** | ☐ Disputed | |
| | Date(s) debt was incurred __5/3/2024__ | Basis for the claim: __Roofing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,218.41 |
| | **24-5285:Bong** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Nicholasville, KY 40356** | ☐ Disputed | |
| | Date(s) debt was incurred __5/15/2024__ | Basis for the claim: __Roofing, Gutters__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,866.82 |
| | **24-5289:Boon** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Lexington, KY 40514** | ☐ Disputed | |
| | Date(s) debt was incurred __5/16/2024__ | Basis for the claim: __Roofing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,844.01 |
| | **24-5292:Juoe** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Lexington, KY 40513** | ☐ Disputed | |
| | Date(s) debt was incurred __5/20/2024__ | Basis for the claim: __Roofing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,865.76 |
| | **24-5297:Saez** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Lexington, KY 40515** | ☐ Disputed | |
| | Date(s) debt was incurred __5/22/2024__ | Basis for the claim: __Roofing__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Lexington Blue, Inc.**
_____    Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**24-5317:Madu**<br><br>**Lexington, KY 40513**<br>**Date(s) debt was incurred  6/6/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,151.51** |

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**24-5318:Tiam**<br><br>**Lexington, KY 40503**<br>**Date(s) debt was incurred  6/6/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,217.66** |

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**24-5323:Grer**<br><br>**Lexington, KY 40517**<br>**Date(s) debt was incurred  6/10/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,317.76** |

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**24-5329:joch**<br><br>**Lexington, KY 40515**<br>**Date(s) debt was incurred  6/17/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,731.62** |

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**24-5334:Naan**<br><br>**Lexington, KY 40514**<br>**Date(s) debt was incurred  6/20/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,638.96** |

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**24-5336:Haon**<br><br>**Lexington, KY 40502**<br>**Date(s) debt was incurred  6/20/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,484.81** |

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**24-5345:Joan**<br><br>**Lexington, KY 40515**<br>**Date(s) debt was incurred  6/27/2024**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Roofing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,200.01** |

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,487.76 |
|---|---|---|---|

**24-5346:Brdy**

**Lexington, KY 40503**

Date(s) debt was incurred **6/28/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,113.01 |
|---|---|---|---|

**24-5351:Wars**

**Nicholasville, KY 40356**

Date(s) debt was incurred **7/5/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,304.45 |
|---|---|---|---|

**24-5353:Miin**

**Lexington, KY 40514**

Date(s) debt was incurred **7/9/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,560.01 |
|---|---|---|---|

**24-5355:Join**

**Lexington, KY 40515**

Date(s) debt was incurred **7/15/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.02 |
|---|---|---|---|

**24-5356:Fren**

**Lexington, KY 40502**

Date(s) debt was incurred **7/15/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Other, Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,155.75 |
|---|---|---|---|

**24-5359:Lirt**

**Lexington, KY 40514**

Date(s) debt was incurred **7/16/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,928.86 |
|---|---|---|---|

**24-5360:Cair**

**Lexington, KY 40502**

Date(s) debt was incurred **7/17/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing, Gutters**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,342.66** |
|---|---|---|---|

**24-5361:Keys**

**Lexington, KY 40515**

Date(s) debt was incurred  **7/17/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,947.91** |
|---|---|---|---|

**24-5362:Lion**

**Lexington, KY 40515**

Date(s) debt was incurred  **7/22/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing, gutters**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,912.01** |
|---|---|---|---|

**24-5363:Anli**

**Lexington, KY 40515**

Date(s) debt was incurred  **7/24/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,926.96** |
|---|---|---|---|

**24-5368:Baer**

**Lexington, KY 40509**

Date(s) debt was incurred  **8/2/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,982.35** |
|---|---|---|---|

**24-5369:Chch**

**Lexington, KY 40509**

Date(s) debt was incurred  **8/2/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,383.16** |
|---|---|---|---|

**24-5371:Emye**

**Lexington, KY 40511**

Date(s) debt was incurred  **8/6/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,578.01** |
|---|---|---|---|

**24-5380:Lion**

**Versailles, KY 40383**

Date(s) debt was incurred  **8/14/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,547.01** |
|------|------|------|------|

**24-5382:Mars**

**Lexington, KY 40509**

Date(s) debt was incurred  **8/19/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,528.36** |
|------|------|------|------|

**24-5384:Lion**

**Lexington, KY 40513**

Date(s) debt was incurred  **8/20/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,517.02** |
|------|------|------|------|

**24-5387:Mael**

**Lexington, KY 40503**

Date(s) debt was incurred  **8/23/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,662.51** |
|------|------|------|------|

**24-5388:Rang**

**Versailles, KY 40383**

Date(s) debt was incurred  **8/26/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,854.21** |
|------|------|------|------|

**24-5390:Land**

**Versailles, KY 40383**

Date(s) debt was incurred  **8/26/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,347.37** |
|------|------|------|------|

**24-5391:Goam**

**Lexington, KY 40514**

Date(s) debt was incurred  **8/28/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,320.01** |
|------|------|------|------|

**24-5392:Sual**

**Lexington, KY 40517**

Date(s) debt was incurred  **8/28/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Lexington Blue, Inc.**
_____    Case number (if known) _____
Name

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.66 |
|------|---|---|---|

**3.99** | **Nonpriority creditor's name and mailing address**
**24-5394:Waga**

**Lexington, KY 40503**

Date(s) debt was incurred  **8/30/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$735.66**

---

**3.100** | **Nonpriority creditor's name and mailing address**
**24-5396:Gler**

**Lexington, KY 40503**

Date(s) debt was incurred  **9/3/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,277.76**

---

**3.101** | **Nonpriority creditor's name and mailing address**
**24-5397:Ving**

**Lexington, KY 40503**

Date(s) debt was incurred  **9/3/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,345.76**

---

**3.102** | **Nonpriority creditor's name and mailing address**
**24-5399:Loer**

**Georgetown, KY 40324**

Date(s) debt was incurred  **9/5/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gutters, Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,211.47**

---

**3.103** | **Nonpriority creditor's name and mailing address**
**24-5401:Ales**

**Lexington, KY 40505**

Date(s) debt was incurred  **9/9/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,003.01**

---

**3.104** | **Nonpriority creditor's name and mailing address**
**24-5402:Keid**

**Nicholasville, KY 40356**

Date(s) debt was incurred  **9/9/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,076.01**

---

**3.105** | **Nonpriority creditor's name and mailing address**
**24-5403:Lier**

**Lexington, KY 40514**

Date(s) debt was incurred  **9/9/2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,327.01**

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,753.01**

**24-5405:Suas**

Lexington, KY 40514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,987.63**

**24-5407:Gatz**

Lexington, KY 40514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,712.76**

**24-5408:Tid)**

Lexington, KY 40517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,067.11**

**24-5409:Auke**

Lexington, KY 40517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/11/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,235.01**

**24-5410:Maer**

Lexington, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,906.70**

**24-5411:Kean**

Lexington, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,236.02**

**24-5412:Ciin**

Lexington, KY 40513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/2024**

**Basis for the claim:**  **Roofing, Gutters**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,160.01 |
|---|---|---|---|

**24-5413:Brer**

Lexington, KY 40514

Date(s) debt was incurred  __9/17/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,261.01 |
|---|---|---|---|

**24-5414:Kews**

Lexington, KY 40511

Date(s) debt was incurred  __9/17/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.01 |
|---|---|---|---|

**24-5415:Crth**

Lexington, KY 40514

Date(s) debt was incurred  __9/17/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,009.01 |
|---|---|---|---|

**24-5416:Staj**

Lexington, KY 40509

Date(s) debt was incurred  __9/17/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing, Gutters__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,076.01 |
|---|---|---|---|

**24-5417:Kaon**

Lexington, KY 40503

Date(s) debt was incurred  __9/18/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,825.01 |
|---|---|---|---|

**24-5420:Sary**

Lexington, KY 40503

Date(s) debt was incurred  __9/30/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,684.95 |
|---|---|---|---|

**24-5422:Loon**

Lexington, KY 40514

Date(s) debt was incurred  __9/30/2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,905.39** |
|---|---|---|---|

**24-5423:Doon**

**Lexington, KY 40514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/30/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,452.01** |
|---|---|---|---|

**24-5424:Jofe**

**Lexington, KY 40514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/30/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,752.56** |
|---|---|---|---|

**24-5425:Brey**

**Frankfort, KY 40601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/30/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,906.01** |
|---|---|---|---|

**24-5426:Virt**

**Lexington, KY 40514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/30/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,073.06** |
|---|---|---|---|

**24-5427:EIJR**

**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/30/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,842.76** |
|---|---|---|---|

**24-5428:Peov**

**Lexington, KY 40503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/2/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,778.24** |
|---|---|---|---|

**24-5432:Hazu**

**Lexington, KY 40514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/3/2024**

**Last 4 digits of account number _**

**Basis for the claim:  Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Lexington Blue, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.127**

**Nonpriority creditor's name and mailing address**
**24-5433:Gren**

**Paris, KY 40361**

Date(s) debt was incurred  **10/3/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$5,530.01**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**24-5434:Brgh**

**Lexington, KY 40515**

Date(s) debt was incurred  **10/7/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$3,853.16**

---

**3.129**

**Nonpriority creditor's name and mailing address**
**24-5435:Roer**

**Lexington, KY 40509**

Date(s) debt was incurred  **10/7/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$2,996.34**

---

**3.130**

**Nonpriority creditor's name and mailing address**
**24-5436:Scin**

**Lancaster, KY 40444**

Date(s) debt was incurred  **10/7/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$6,912.01**

---

**3.131**

**Nonpriority creditor's name and mailing address**
**24-5440:Dons**

**Lexington, KY 40503**

Date(s) debt was incurred  **10/9/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$4,535.01**

---

**3.132**

**Nonpriority creditor's name and mailing address**
**24-5441:Laan**

**Lexington, KY 40511**

Date(s) debt was incurred  **10/10/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$2,825.01**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**24-5442:Crll**

**Lexington, KY 40502**

Date(s) debt was incurred  **10/15/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

**$6,511.16**

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,203.39** |
| --- | --- | --- | --- |

**24-5443:Nord**

**Nicholasville, KY 40356**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/15/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,417.01** |
| --- | --- | --- | --- |

**24-5444:Nkla**

**Lexington, KY 40516**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/15/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,038.04** |
| --- | --- | --- | --- |

**24-5446:Jeon**

**Lexington, KY 40511**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/21/2024**

**Basis for the claim:**  **Roofing, Gutters**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,830.24** |
| --- | --- | --- | --- |

**24-5447:Annt**

**Nicholasville, KY 40356**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/21/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,744.01** |
| --- | --- | --- | --- |

**24-5448:Zaer**

**Georgetown, KY 40324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/23/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,835.47** |
| --- | --- | --- | --- |

**24-5449:Grey**

**Frankfort, KY 40601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/23/2024**

**Basis for the claim:**  **Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,731.26** |
| --- | --- | --- | --- |

**24-5451:Raff**

**Versailles, KY 40383**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/1/2024**

**Basis for the claim:**  **Roofing, Gutters**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,003.01 |

24-5452:Brel

Lexington, KY 40511

Date(s) debt was incurred  10/28/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,836.01 |

24-5453:Mair

Lexington, KY 40503

Date(s) debt was incurred  10/29/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,479.14 |

24-5454:Dams

Lexington, KY 40503

Date(s) debt was incurred  10/30/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,722.25 |

24-5455:Jaob

Lexington, KY 40511

Date(s) debt was incurred  11/1/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,052.01 |

24-5456:Mies

Lexington, KY 40514

Date(s) debt was incurred  11/5/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,756.25 |

24-5457:Joay

Lexington, KY 40502

Date(s) debt was incurred  11/5/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,120.01 |

24-5459:Rian

Lexington, KY 40513

Date(s) debt was incurred  11/8/2024

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.148** | Nonpriority creditor's name and mailing address
24-5460:Keel

Versailles, KY 40383

Date(s) debt was incurred  __11/8/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$4,844.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address
24-5461:Joer

Lexington, KY 40514

Date(s) debt was incurred  __11/14/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$4,615.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address
24-5462:Jing

Lexington, KY 40511

Date(s) debt was incurred  __11/8/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$3,264.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Gutters, Roofing__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address
24-5463:Brer

Lexington, KY 40509

Date(s) debt was incurred  __11/14/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$5,191.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing, Gutters__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | Nonpriority creditor's name and mailing address
24-5464:Kely

Nicholasville, KY 40356

Date(s) debt was incurred  __11/15/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$3,717.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address
24-5465:Scon

Georgetown, KY 40324

Date(s) debt was incurred  __11/18/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$3,936.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address
24-5466:Anpp

Lexington, KY 40503

Date(s) debt was incurred  __11/19/2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$3,504.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Roofing__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,090.41 |
|---|---|---|---|

**24-5467:Sher**

Harrodsburg, KY 40330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,843.01 |
|---|---|---|---|

**24-5468:Chrd**

Richmond, KY 40475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,699.37 |
|---|---|---|---|

**24-5469:Anry**

Georgetown, KY 40324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2024**

**Basis for the claim:  Roofing, Siding and Exterior**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,833.37 |
|---|---|---|---|

**24-5470:Surd**

Lexington, KY 40502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/20/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $695.01 |
|---|---|---|---|

**24-5472:Jung**

Lexington, KY 40517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,598.41 |
|---|---|---|---|

**24-5473:schy**

Lexington, KY 40503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,087.86 |
|---|---|---|---|

**24-5474:Maez**

Lexington, KY 40505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2024**

**Basis for the claim:  Roofing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.162** Nonpriority creditor's name and mailing address
24-5475:Boso

Lexington, KY 40515

Date(s) debt was incurred  12/10/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ☑ No ☐ Yes

**$5,238.26**

---

**3.163** Nonpriority creditor's name and mailing address
24-5476:Runs

Frankfort, KY 40601

Date(s) debt was incurred  12/10/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gutters, Roofing

Is the claim subject to offset? ☑ No ☐ Yes

**$5,415.46**

---

**3.164** Nonpriority creditor's name and mailing address
24-5477:Miey

Richmond, KY 40475

Date(s) debt was incurred  12/10/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing, Repairs

Is the claim subject to offset? ☑ No ☐ Yes

**$7,141.76**

---

**3.165** Nonpriority creditor's name and mailing address
24-5478:Lars

Lexington, KY 40517

Date(s) debt was incurred  12/10/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ☑ No ☐ Yes

**$2,871.31**

---

**3.166** Nonpriority creditor's name and mailing address
24-5479:Cais

Lexington, KY 40515

Date(s) debt was incurred  12/11/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ☑ No ☐ Yes

**$3,597.36**

---

**3.167** Nonpriority creditor's name and mailing address
24-5480:Tire

Nicholasville, KY 40356

Date(s) debt was incurred  12/13/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ☑ No ☐ Yes

**$5,752.11**

---

**3.168** Nonpriority creditor's name and mailing address
24-5481:Dars

Paris, KY 40361

Date(s) debt was incurred  12/16/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ☑ No ☐ Yes

**$6,277.06**

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,797.41 |
|---|---|---|---|

**24-5483:Joor**

Nicholasville, KY 40356

Date(s) debt was incurred  12/16/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Siding and Exterior**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,203.26 |
|---|---|---|---|

**24-5484:Daer**

Lexington, KY 40514

Date(s) debt was incurred  12/16/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,825.51 |
|---|---|---|---|

**24-5486:Lost**

Versailles, KY 40383

Date(s) debt was incurred  12/18/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,025.76 |
|---|---|---|---|

**24-5487:Miin**

Paris, KY 40361

Date(s) debt was incurred  12/23/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing, Gutters**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,572.01 |
|---|---|---|---|

**24-5488:Viea**

Lexington, KY 40513

Date(s) debt was incurred  1/7/2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,097.43 |
|---|---|---|---|

**24-5489:Wiil**

Lexington, KY 40517

Date(s) debt was incurred  1/7/2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gutters, Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**24-5490:Rone**

Lexington, KY 40503

Date(s) debt was incurred  1/7/2025

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repair - Shingle, drip edge**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,555.26** |
|---|---|---|---|

**24-5492:Door**

**Lexington, KY 40503**

Date(s) debt was incurred  **1/7/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,949.61** |
|---|---|---|---|

**24-5493:Sath**

**Frankfort, KY 40601**

Date(s) debt was incurred  **1/7/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,526.01** |
|---|---|---|---|

**24-5501:Maaa**

**Lexington, KY 40515**

Date(s) debt was incurred  **1/10/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing, Gutters**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,941.16** |
|---|---|---|---|

**24-5502:Dett**

**Versailles, KY 40383**

Date(s) debt was incurred  **1/10/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,584.36** |
|---|---|---|---|

**24-5503:Jong**

**Lawrenceburg, KY 40342**

Date(s) debt was incurred  **1/10/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,128.86** |
|---|---|---|---|

**24-5504:Saon**

**Lexington, KY 40515**

Date(s) debt was incurred  **1/16/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**24-5505:Soez**

**Paris, KY 40361**

Date(s) debt was incurred  **1/21/2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Lexington Blue, Inc.** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,748.71** |
|---|---|---|---|

**24-5507:Tird**

**Lexington, KY 40515**

Date(s) debt was incurred  **1/23/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,058.16** |
|---|---|---|---|

**24-5509:Rams**

**Lexington, KY 40502**

Date(s) debt was incurred  **2/3/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other, Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,484.01** |
|---|---|---|---|

**24-5510:Anls**

**Lexington, KY 40503**

Date(s) debt was incurred  **2/3/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,571.66** |
|---|---|---|---|

**24-5511:Miez**

**Frankfort, KY 40601**

Date(s) debt was incurred  **2/5/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,032.96** |
|---|---|---|---|

**24-5512:Arns**

**Lexington, KY 40511**

Date(s) debt was incurred  **2/10/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,355.00** |
|---|---|---|---|

**24-5513:Sues**

**Lexington, KY 40503**

Date(s) debt was incurred  **2/18/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,059.46** |
|---|---|---|---|

**24-5514:Brgs**

**Lexington, KY 40514**

Date(s) debt was incurred  **2/24/2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Lexington Blue, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.190** | Nonpriority creditor's name and mailing address
24-5515:Roon

Frankfort, KY 40601

Date(s) debt was incurred  2/25/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Gutters

Is the claim subject to offset? ■ No ☐ Yes

**$628.00**

---

**3.191** | Nonpriority creditor's name and mailing address
24-5516:Mall

Mount Sterling, KY 40353

Date(s) debt was incurred  2/26/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

**$1,124.26**

---

**3.192** | Nonpriority creditor's name and mailing address
24-5517:Zans

Lexington, KY 40505

Date(s) debt was incurred  2/26/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

**$2,681.01**

---

**3.193** | Nonpriority creditor's name and mailing address
24-5518:Erey

Winchester, KY 40391

Date(s) debt was incurred  2/28/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

**$7,823.66**

---

**3.194** | Nonpriority creditor's name and mailing address
24-5519:Beon

Lexington, KY 40517

Date(s) debt was incurred  3/7/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roofing, Gutters

Is the claim subject to offset? ■ No ☐ Yes

**$4,781.37**

---

**3.195** | Nonpriority creditor's name and mailing address
24-5520:Aner

Corinth, KY 41010

Date(s) debt was incurred  3/7/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Metal Roof, Gutters

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.196** | Nonpriority creditor's name and mailing address
24-5521:Ster

Lancaster, KY 40444

Date(s) debt was incurred  3/7/2025

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs, Roofing

Is the claim subject to offset? ■ No ☐ Yes

**$5,552.82**

---

| Debtor | Lexington Blue, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,203.66 |
|---|---|---|---|

**24-5522:Jogg**

Lexington, KY 40517

Date(s) debt was incurred  3/7/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,026.00 |
|---|---|---|---|

**24-5523:Das)**

Lexington, KY 40509

Date(s) debt was incurred  3/11/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Gutters

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,928.81 |
|---|---|---|---|

**24-5524:chck**

Frankfort, KY 40601

Date(s) debt was incurred  3/12/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,402.75 |
|---|---|---|---|

**24-5525:Aron**

Lawrenceburg, KY 40342

Date(s) debt was incurred  3/22/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,782.51 |
|---|---|---|---|

**24-5526:Caer**

Lexington, KY 40503

Date(s) debt was incurred  3/22/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,815.81 |
|---|---|---|---|

**24-5527:Roas**

Lexington, KY 40515

Date(s) debt was incurred  3/25/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,076.00 |
|---|---|---|---|

**24-5528:Deey**

Lexington, KY 40503

Date(s) debt was incurred  4/2/2025

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Roofing

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204** | **Nonpriority creditor's name and mailing address**
**24-5529:Jutt**

**Lexington, KY 40502**

Date(s) debt was incurred  **4/3/2025**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,491.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address**
**24-5530:Tele**

**Lexington, KY 40502**

Date(s) debt was incurred  **4/8/2025**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,376.25** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address**
**24-5531:Shar**

**Lexington, KY 40517**

Date(s) debt was incurred  **4/14/2025**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,823.80** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address**
**26:Fiez**

**Louisville, KY 40216**

Date(s) debt was incurred  **-**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,843.75** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing, Gutters**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**
**28:Jein**

**Louisville, KY 40272**

Date(s) debt was incurred  **-**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,245.62** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address**
**29:Jais**

**Louisville, KY 40210**

Date(s) debt was incurred  **-**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,330.70** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**
**30:Nesh**

**Louisville, KY 40258**

Date(s) debt was incurred  **-**

Last 4 digits of account number  __

| **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,824.70** |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Roofing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,067.17 |
| | **31:Coal** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40272** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Roofing** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,724.57 |
| | **32:Doth** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40258** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Roofing** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,007.31 |
| | **33:Anry** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40258** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Roofing** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,159.01 |
| | **34:Joer** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40258** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Roofing** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,634.76 |
| | **35:Taps** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40213** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Roofing** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,161.51 |
| | **36:Jaon** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40258** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Gutters** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,912.51 |
| | **37:Mien** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40258** | ☐ Disputed | |
| | Date(s) debt was incurred  **-** | Basis for the claim:  **Roofing** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.218** | Nonpriority creditor's name and mailing address
**38:Grey**

Louisville, KY 40223

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,107.01**

---

**3.219** | Nonpriority creditor's name and mailing address
**40:Dons**

Louisville, KY 40212

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,215.31**

---

**3.220** | Nonpriority creditor's name and mailing address
**41:Tirr**

Louisville, KY 40216

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,990.51**

---

**3.221** | Nonpriority creditor's name and mailing address
**42:Maer**

Louisville, KY 40220

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,376.95**

---

**3.222** | Nonpriority creditor's name and mailing address
**44:Jott**

Louisville, KY 40214

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,919.87**

---

**3.223** | Nonpriority creditor's name and mailing address
**45:Larf**

Louisville, KY 40214

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,063.42**

---

**3.224** | Nonpriority creditor's name and mailing address
**46:Shey**

Louisville, KY 40258

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,607.51**

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address
**47:Phnd**

Louisville, KY 40212

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.226** | Nonpriority creditor's name and mailing address
**50:Brsh**

Louisville, KY 40218

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

**$4,974.74**

---

**3.227** | Nonpriority creditor's name and mailing address
**51:Trtt**

Louisville, KY 40206

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

**$3,658.53**

---

**3.228** | Nonpriority creditor's name and mailing address
**52:Wace**

Louisville, KY 40215

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Gutters__

Is the claim subject to offset? ■ No ☐ Yes

**$2,479.26**

---

**3.229** | Nonpriority creditor's name and mailing address
**53:Abes**

Louisville, KY 40216

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

**$3,501.51**

---

**3.230** | Nonpriority creditor's name and mailing address
**54:Arey**

Louisville, KY 40211

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

**$4,178.82**

---

**3.231** | Nonpriority creditor's name and mailing address
**55:Glrs**

Louisville, KY 40213

Date(s) debt was incurred **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Roofing__

Is the claim subject to offset? ■ No ☐ Yes

**$4,544.75**

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,712.76** |
|---|---|---|---|

**56:Rott**

Louisville, KY 40242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,706.71** |
|---|---|---|---|

**57:Caig**

Louisville, KY 40216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,691.30** |
|---|---|---|---|

**58:Matt**

Louisville, KY 40245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,370.01** |
|---|---|---|---|

**59:Ryar**

Louisville, KY 40220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing and gutters**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,623.26** |
|---|---|---|---|

**60:Daur**

Louisville, KY 40214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,947.76** |
|---|---|---|---|

**61:Wird**

Louisville, KY 40242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,998.75** |
|---|---|---|---|

**62:Hoer**

Shepherdsville, KY 40165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **-**

Basis for the claim:  **Roofing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | | |
|--------|--------------------------|---|---|
| | Name | Case number (if known) | |

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,470.30** |
|-------|----|----|----|
| | **63:vion** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40220** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-------|----|----|----|
| | **64:Saoi** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40218** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,911.00** |
|-------|----|----|----|
| | **65:They** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40219** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,044.25** |
|-------|----|----|----|
| | **67:Krez** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40214** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,303.75** |
|-------|----|----|----|
| | **68:Juez** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40218** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,577.95** |
|-------|----|----|----|
| | **69:Gete** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40220** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,426.00** |
|-------|----|----|----|
| | **70:Hang** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Louisville, KY 40218** | ☐ Disputed | |
| | **Date(s) debt was incurred _-_** | **Basis for the claim:  Roofing** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,324.73 |

**73:War.**

**Louisville, KY 40212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.20 |

**74:Chon**

**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.75 |

**75:Loby**

**Louisville, KY 40220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**77:Keyo**

**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,426.10 |

**78:Kaph**

**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,036.95 |

**80:Nais**

**fersontown, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**81:Shst**

**Washington, KY 40047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **-**

**Basis for the claim:**  **Roofing**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | |
|---|---|---|
| | Name | |

Case number (*if known*) _____

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,214.81**

82:Jais

Louisville, KY 40258

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,536.26**

83:Teon

Louisville, KY 40229

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,518.00**

84:Brrs

Louisville, KY 40207

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,316.26**

85:Juoz

Louisville, KY 40291

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.257** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.01**

87:Jile

Washington, KY 40047

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,376.26**

88:Cras

Louisville, KY 40118

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,925.35**

89:Clin

Prospect, KY 40059

Date(s) debt was incurred  **-**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Roofing**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.260** | Nonpriority creditor's name and mailing address
**90:Wert**

**Louisville, KY 40206**

Date(s) debt was incurred  **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$3,164.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address
**91:Jers**

**Prospect, KY 40059**

Date(s) debt was incurred  **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$3,006.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address
**92:Mael**

**Louisville, KY 40219**

Date(s) debt was incurred  **-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$2,986.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Roofing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address
**American Building & Contracting**
**c/o Timothy Ducar**
**Law Office of Timothy D. Ducar, PLC**
**9280 E. Raintree Dr., Suite 104**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$43,208.21**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **AM. BUILD. AND CONT. SUP. CO., INC. VS. LEXINGTON BLUE, INC. 25-CI-02148**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address
**Andrew Stringer**
**11907 Palba Way 6906**
**Fort Myers, FL 33912**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$25,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Andrew Stringer v. LEXINGTON BLUE EEOC Charge Number: 474-2024-02034**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address
**Bluevine Inc.**
**401 Warren St**
**Redwood City, CA 94063-1578**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **$35,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address
**Central Bank**
**256 Southland Dr**
**Lexington, KY 40503-1932**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Overdrawn account**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Lexington Blue, Inc.**
Name

Case number (if known) _____

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Chase Bank**
**201 E. Main St**
**Lexington, KY 40507**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overdrawn account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Christopher Jackson**
**4588 Bells Ln**
**Cincinnati, OH 45244**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Mr. Christopher Jackson v. LEXINGTON BLUE**
**EEOC Charge Number: 473-2025-00143**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**COM. OF KY, EX. REL. RUSSELL COLEMAN,**
**AG**
**OFFICE OF THE KENTUCKY ATTORNEY**
**GENERAL**
**1024 CAPITAL CENTER DRIVE, SUITE 200**
**Frankfort, KY 40601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **COM. OF KY, EX. REL. RUSSELL COLEMAN, AG VS.**
**LEXINGTON BLUE**
**25-CI-02230**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Dacoda S. Mays**
**821 marcellus drive**
**Lexington, KY 40505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Dacoda S. Mays v. LEXINGTON BLUE**
**EEOC Charge Number: 474-2025-00111**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**David Burton**
**287 Pasadena Drive**
**Lexington, KY 40503**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commercial  landlord for Lexington location**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**David Hodgson**
**577 Green Valley Drive**
**Lexington, KY 40511**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **David Hodgson v. Lexington blue**
**EEOC Charge Number: 474-2025-00001**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.273** | Nonpriority creditor's name and mailing address

**David Perkins**
**577 Green Valley Dr**
**Lexington, KY 40511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$50,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **David Perkins v. Lexington Blue**
**EEOC Charge Number: 474-2025-00095**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address

**Dennis West**
**1187 Hatcher Court**
**Independence, KY 41051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **WEST, DENNIS ET AL VS. LEXINGTON BLUE, INC. ET AL**
**25-CI-01079**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address

**Elite Graphics**
**500 Horton Ct**
**Lexington, KY 40511**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$15,000.00

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address

**Emily M. Rees**
**828 Malabu Dr. Apt. 312**
**Lexington, KY 40502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$50,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Miss Emily M. Rees v. LEXINGTON BLUE**
**EEOC Charge Number: 474-2025-00872**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address

**Emily Shelfer**
**8500 Westmont Dr Apt. H363**
**Sellersburg, IN 47172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

$50,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Mrs. Emily Shelfer v. LEXINGTON BLUE**
**EEOC Charge Number: 474-2024-01292**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address

**Fifth Third Bank**
**250 West Main Street**
**Lexington, KY 40507**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Overdrawn account**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Lexington Blue, Inc.**
_____   Case number *(if known)* _____
　　　Name

| | |
|---|---|

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GM Financial**
**PO Box 1510**
**Cockeysville, MD 21030-7510**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Vehicle Leases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,800.00**

**Google Drive**
**C/O Custodian of Records**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Google drive**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,804.68**

**Gulfside Supply, Inc.**
**d/b/a Gulfeagle Sup**
**2900 E. 7th Avenue**
**Suite 200**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **GULFSIDE SUPPLY, INC. D/B/A GULFEAGLE SUP VS. LEXINGTON BLUE 25-CI-00040**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gusto**
**525 20th St**
**San Francisco, CA 94107-4345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Payroll processing services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,773.67**

**James Greathouse**
**2201 Gulfstream Drive**
**Lexington, KY 40504**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **GREATHOUSE, JAMES VS. LEXINGTON BLUE 24-CI-00564**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Jessica Liban**
**7479 Valley View Place Apt 204**
**Cincinnati, OH 45244**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Jessica Liban v. LEXINGTON BLUE EEOC Charge Number: 474-2024-02070**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lexington Blue, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.285**

Nonpriority creditor's name and mailing address
**Kapitus**
**120 West 45th Street**
**New York, NY 10036-4041**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.286**

Nonpriority creditor's name and mailing address
**Kentucky Education and Labor Cabinet**
**500 Mero Street**
**Frankfort, KY 40601**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **worker's comp claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$700,000.00**

---

**3.287**

Nonpriority creditor's name and mailing address
**Lane & Hicks Computer Consulting LLC**
**2177 Broadhead Place**
**Lexington, KY 40515**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **LANE & HICKS COMPUTER CONSULTING LLC VS. LEXINGTON BLUE, INC**
**24-CI-03838**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,828.67**

---

**3.288**

Nonpriority creditor's name and mailing address
**Madison M. Drake**
**445 Darbyshire Dr 45177**
**Wilmington, OH 45177**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Madison M. Drake v. Lexington Blue**
**EEOC Charge Number: 474-2025-00091**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.289**

Nonpriority creditor's name and mailing address
**RIZE Inc.**
**10587 Montgomery Rd**
**Cincinnati, OH 45242**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial  landlord for Cincinnati location**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290**

Nonpriority creditor's name and mailing address
**Sara Nichols**
**9950 Washington Ave**
**Loveland, OH 45140**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Sara Nichols v. Lexington Blue**
**EEOC Charge Number: 474-2025-00045**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Stuart Goldsborough**
**7667 Old Richmond Rd**
**Lexington, KY 40515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **GOLDSBOROUGH, STUART VS. LEXINGTON BLUE, INC**
**25-CI-01027**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292**

**Nonpriority creditor's name and mailing address**

**U.S. Equal Employment Opportunity Commis**
**600 Dr. Martin Luther King Jr. Place**
**Suite 268**
**Louisville, KY 40202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **$700,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **EEOC charge for compensatory and punitive damages to a class of at least 28 former employees who claim that they were subjected to a hostile work environment based on religion**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Z-Squared Properties, LLC**
**105 S. Sherrin Ave.**
**Louisville, KY 40207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Commercial landlord for Louisville location**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dennis West**<br>**Adams Law, PLLC**<br>**Attn: Stacey Lynn Graus**<br>**40 West Pike Street**<br>**Covington, KY 41011** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Gulfside Supply, Inc.**<br>**Gatlin Voelker PLLC**<br>**Attn: Jack Scott Gatlin**<br>**50 E. Rivercenter Blvd, Suite 1275**<br>**Covington, KY 41011** | Line **3.281**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **James Greathouse**<br>**Smith O'Toole & Brooke**<br>**Attn: James Nicholas O'Toole**<br>**3080 Harrodsburg Dr., Suite 101**<br>**Lexington, KY 40503** | Line **3.283**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Lane & Hicks Computer Consulting LLC**<br>**Bullock & Associates, LLC**<br>**Attn: Rachele Taylor Yohe**<br>**234 North Limestone**<br>**Lexington, KY 40507** | Line **3.287**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Lexington Blue, Inc.** | Case number (if known) | |
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5 **Stuart Goldsborough**<br>**Law Office of Steven A. Wides**<br>**Attn: Steven A. Wides**<br>**149 North Limestone**<br>**Lexington, KY 40507** | Line  **3.291**<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 3,212,441.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,212,441.43 |

**Fill in this information to identify the case:**

Debtor name  **Lexington Blue, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-102:Heng** **Dayton, OH 45431** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **024-156:Miee** **Monroe, OH 45050** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **024-157:Maon** **Cincinnati, OH 45240** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-159:Cach** **Cincinnati, OH 45237** |

Debtor 1    **Lexington Blue, Inc.**

      First Name        Middle Name        Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Gutters, Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **024-165:Rans**<br>**Ft Wright, KY 41011** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **024-167:Chay**<br>**Covington, KY 41011** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **024-175:Male**<br>**Independence, KY 41051** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **024-176:Raet**<br>**Cincinnati, OH 45216** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **024-177:Rean**<br>**Cincinnati, OH 45240** |

Debtor 1  **Lexington Blue, Inc.**
_____
First Name    Middle Name    Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-181:Ante Cincinnati, OH 45240** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-184:Frel Trenton, OH 45067** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-185:Daey Cleves, OH 45002** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-186:Jong Cincinnati, OH 45231** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-187:Wals Florence, KY 41042** |

Debtor 1  **Lexington Blue, Inc.**

First Name            Middle Name            Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-188:Fren** **Lebanon, OH 45036** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-189:Joen** **Union, KY 41091** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-190:Jous** **Erlanger, KY 41018** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-191:Joth** **Lebanon, OH 45036** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **024-196:Lion** **Golf Manor, OH 45237** |

Debtor 1    **Lexington Blue, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **024-197:Leor**<br>**Cincinnati, OH 45231** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Siding and Exterior** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **024-198:Brtt**<br>**Hamersville, OH 45130** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Roofind, siding, gutters** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **10:Dals**<br>**Louisville, KY 40220** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Gutters,** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **16-4777:Sand**<br>**Lexington, KY 40504** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Siding and Exterior** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **16-4808:Adra**<br>**Lexington, KY 40503** |

Debtor 1   **Lexington Blue, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **16-4811:Teth** **Georgetown, KY 40324** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | **Metal Roof, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **16-4880:Sais** **Lawrenceburg, KY 40342** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **19:Kell** **Louisville, KY 40210** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **20:Kird** **Louisville, KY 40291** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **21:Phwe** **Louisville, KY 40212** |

Debtor 1   **Lexington Blue, Inc.**

First Name        Middle Name        Last Name        Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **22:Rill**<br>**Louisville, KY 40258** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing, Siding and Exterior** |
| State the term remaining | |
| List the contract number of any government contract | **23-4920:Heva**<br>**Lexington, KY 40515** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing, Siding and Exterior** |
| State the term remaining | |
| List the contract number of any government contract | **23-4964:Lars**<br>**Richmond, KY 40475** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Siding and Exterior, Roofing, Repairs** |
| State the term remaining | |
| List the contract number of any government contract | **23-4967:Vaur**<br>**Richmond, KY 40475** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Siding and Exterior, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **23-5012:Roer**<br>**Richmond, KY 40475** |

| Debtor 1 | **Lexington Blue, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5014:Nott** <br> **Mount Sterling, KY 40353** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5022:Elrd** <br> **Danville, KY 40422** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5035:Scon** <br> **Versailles, KY 40383** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5036:Lef)** <br> **Lexington, KY 40514** |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5083:Piga** <br> **Lexington, KY 40511** |

Debtor 1    **Lexington Blue, Inc.**                                      Case number *(if known)*
_____                              _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **23-5097:Sher**<br>**Lexington, KY 40509** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Siding and Exterior, Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **23-5098:Bron**<br>**Richmond, KY 40475** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5123:Anon**<br>**Berea, KY 40403** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **Metal Roof, Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **23-5131:Daer**<br>**Nicholasville, KY 40356** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5146:Bots**<br>**Nicholasville, KY 40356** |

Debtor 1    **Lexington Blue, Inc.**                                                    Case number *(if known)* _____
     First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5171:Strd**<br>**Lexington, KY 40509** |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5175:Jays**<br>**Lexington, KY 40513** |
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5183:Mall**<br>**Lexington, KY 40515** |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23-5187:Rops**<br>**Lexington, KY 40517** |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **23:Rion**<br>**Louisville, KY 40258** |

Debtor 1   **Lexington Blue, Inc.**                                                    Case number (*if known*) _____

          First Name        Middle Name           Last Name

█ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5192:Jier** **Lexington, KY 40515** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5199:Jewn** **Lexington, KY 40503** |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest | **Siding and Exterior, Gutters, Metal Roof** |
| State the term remaining | |
| List the contract number of any government contract | **24-5202:Bery** **Richmond, KY 40475** |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5209:Fesm** **Lexington, KY 40515** |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5213:Kaer** **Lexington, KY 40517** |

Debtor 1   **Lexington Blue, Inc.**                                                Case number (*if known*)
          First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55.** State what the contract or lease is for and the nature of the debtor's interest **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **24-5221:Jaan** **Richmond, KY 40475** |
| **2.56.** State what the contract or lease is for and the nature of the debtor's interest **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **24-5228:Jend** **Lexington, KY 40511** |
| **2.57.** State what the contract or lease is for and the nature of the debtor's interest **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **24-5240:Daey** **Paris, KY 40361** |
| **2.58.** State what the contract or lease is for and the nature of the debtor's interest **Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **24-5244:Keco** **Lexington, KY 40503** |
| **2.59.** State what the contract or lease is for and the nature of the debtor's interest **Gutters, Roofing** | |
| State the term remaining | |
| List the contract number of any government contract | **24-5245:Joey** **Georgetown, KY 40324** |

Debtor 1   **Lexington Blue, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

| | |
|---|---|
| █ | **Additional Page if You Have More Contracts or Leases** |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.60. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5248:Roes** **Lexington, KY 40515** |
| 2.61. State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5257:Mial** **Richmond, KY 40475** |
| 2.62. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5258:Daon** **Lexington, KY 40514** |
| 2.63. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5260:Doee** **Lexington, KY 40514** |
| 2.64. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5262:Kens** **Lexington, KY 40515** |

Debtor 1    **Lexington Blue, Inc.**                                          Case number *(if known)*
    First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5266:Malg**<br>**Georgetown, KY 40324** |
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5272:Lill**<br>**Lexington, KY 40504** |
| **2.67.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5285:Bong**<br>**Nicholasville, KY 40356** |
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5289:Boon**<br>**Lexington, KY 40514** |
| **2.69.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5292:Juoe**<br>**Lexington, KY 40513** |

Debtor 1  **Lexington Blue, Inc.**

First Name                    Middle Name                    Last Name                                    Case number *(if known)*

�they ▮

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5297:Saez**<br>**Lexington, KY 40515** |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5317:Madu**<br>**Lexington, KY 40513** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5318:Tiam**<br>**Lexington, KY 40503** |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5323:Grer**<br>**Lexington, KY 40517** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5329:joch**<br>**Lexington, KY 40515** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 15 of 54

Debtor 1    **Lexington Blue, Inc.**
   First Name        Middle Name        Last Name            Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5334:Naan** <br> **Lexington, KY 40514** |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5336:Haon** <br> **Lexington, KY 40502** |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5345:Joan** <br> **Lexington, KY 40515** |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5346:Brdy** <br> **Lexington, KY 40503** |
| **2.79.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5351:Wars** <br> **Nicholasville, KY 40356** |

Debtor 1   **Lexington Blue, Inc.**

     First Name          Middle Name          Last Name          Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.80.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br><br>24-5353:Miin<br>Lexington, KY 40514 |
| **2.81.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br><br>24-5355:Join<br>Lexington, KY 40515 |
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Other, Roofing**<br><br><br><br><br>24-5356:Fren<br>Lexington, KY 40502 |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br><br>24-5359:Lirt<br>Lexington, KY 40514 |
| **2.84.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing, Gutters**<br><br><br><br><br>24-5360:Cair<br>Lexington, KY 40502 |

Debtor 1    **Lexington Blue, Inc.**                                          Case number *(if known)* _____
          First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5361:Keys** <br> **Lexington, KY 40515** |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5362:Lion** <br> **Lexington, KY 40515** |
| **2.87.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5363:Anli** <br> **Lexington, KY 40515** |
| **2.88.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5368:Baer** <br> **Lexington, KY 40509** |
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5369:Chch** <br> **Lexington, KY 40509** |

Debtor 1   **Lexington Blue, Inc.**                                     Case number *(if known)* _____
           First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.90. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>**24-5371:Emye**<br>**Lexington, KY 40511** |
| 2.91. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>**24-5380:Lion**<br>**Versailles, KY 40383** |
| 2.92. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>**24-5382:Mars**<br>**Lexington, KY 40509** |
| 2.93. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>**24-5384:Lion**<br>**Lexington, KY 40513** |
| 2.94. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>**24-5387:Mael**<br>**Lexington, KY 40503** |

Debtor 1    **Lexington Blue, Inc.**
_____    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.95.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5388:Rang** **Versailles, KY 40383** |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5390:Land** **Versailles, KY 40383** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5391:Goam** **Lexington, KY 40514** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5392:Sual** **Lexington, KY 40517** |
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5394:Waga** **Lexington, KY 40503** |

Debtor 1 **Lexington Blue, Inc.**
First Name          Middle Name          Last Name                    Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5396:Gler** **Lexington, KY 40503** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5397:Ving** **Lexington, KY 40503** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5399:Loer** **Georgetown, KY 40324** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5401:Ales** **Lexington, KY 40505** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5402:Keid** **Nicholasville, KY 40356** |

Debtor 1    **Lexington Blue, Inc.**
    First Name       Middle Name      Last Name    Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.105.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>24-5403:Lier<br>Lexington, KY 40514 |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>24-5405:Suas<br>Lexington, KY 40514 |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>24-5407:Gatz<br>Lexington, KY 40514 |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>24-5408:Tid)<br>Lexington, KY 40517 |
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br>24-5409:Auke<br>Lexington, KY 40517 |

| Debtor 1 | **Lexington Blue, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5410:Maer**<br>**Lexington, KY 40503** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5411:Kean**<br>**Lexington, KY 40503** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5412:Ciin**<br>**Lexington, KY 40513** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5413:Brer**<br>**Lexington, KY 40514** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5414:Kews**<br>**Lexington, KY 40511** |

Debtor 1    **Lexington Blue, Inc.**

     First Name        Middle Name        Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.115.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5415:Crth**<br>**Lexington, KY 40514** |
| **2.116.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5416:Staj**<br>**Lexington, KY 40509** |
| **2.117.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5417:Kaon**<br>**Lexington, KY 40503** |
| **2.118.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5420:Sary**<br>**Lexington, KY 40503** |
| **2.119.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5422:Loon**<br>**Lexington, KY 40514** |

Debtor 1    **Lexington Blue, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　　　Case number (*if known*)　_____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | 24-5423:Doon<br>Lexington, KY 40514 |
| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | 24-5424:Jofe<br>Lexington, KY 40514 |
| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | 24-5425:Brey<br>Frankfort, KY 40601 |
| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | 24-5426:Virt<br>Lexington, KY 40514 |
| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | 24-5427:EIJR<br>Lexington, KY 40503 |

Debtor 1   **Lexington Blue, Inc.**

First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5428:Peov**<br>**Lexington, KY 40503** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5432:Hazu**<br>**Lexington, KY 40514** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5433:Gren**<br>**Paris, KY 40361** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5434:Brgh**<br>**Lexington, KY 40515** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5435:Roer**<br>**Lexington, KY 40509** |

Debtor 1    **Lexington Blue, Inc.**

First Name        Middle Name        Last Name                    Case number (*if known*)

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.130.  State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5436:Scin**<br>**Lancaster, KY 40444** |
| 2.131.  State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5440:Dons**<br>**Lexington, KY 40503** |
| 2.132.  State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5441:Laan**<br>**Lexington, KY 40511** |
| 2.133.  State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5442:Crll**<br>**Lexington, KY 40502** |
| 2.134.  State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5443:Nord**<br>**Nicholasville, KY 40356** |

Debtor 1   **Lexington Blue, Inc.**
First Name            Middle Name            Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.135.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**24-5444:Nkla**<br>**Lexington, KY 40516** |
| **2.136.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing, Gutters**<br><br><br><br>**24-5446:Jeon**<br>**Lexington, KY 40511** |
| **2.137.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**24-5447:Annt**<br>**Nicholasville, KY 40356** |
| **2.138.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**24-5448:Zaer**<br>**Georgetown, KY 40324** |
| **2.139.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**24-5449:Grey**<br>**Frankfort, KY 40601** |

Debtor 1    **Lexington Blue, Inc.**                                                    Case number *(if known)* _____
　　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.140.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5451:Raff**<br>**Versailles, KY 40383** |
| **2.141.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5452:Brel**<br>**Lexington, KY 40511** |
| **2.142.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5453:Mair**<br>**Lexington, KY 40503** |
| **2.143.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5454:Dams**<br>**Lexington, KY 40503** |
| **2.144.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5455:Jaob**<br>**Lexington, KY 40511** |

Debtor 1   **Lexington Blue, Inc.**
   First Name       Middle Name       Last Name              Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.145.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5456:Mies** **Lexington, KY 40514** |
| **2.146.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5457:Joay** **Lexington, KY 40502** |
| **2.147.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5459:Rian** **Lexington, KY 40513** |
| **2.148.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5460:Keel** **Versailles, KY 40383** |
| **2.149.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5461:Joer** **Lexington, KY 40514** |

Debtor 1   **Lexington Blue, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*) _____

<div style="background:#4a0a3a;width:60px;height:40px;"></div>

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.150.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5462:Jing** **Lexington, KY 40511** |
| **2.151.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5463:Brer** **Lexington, KY 40509** |
| **2.152.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5464:Kely** **Nicholasville, KY 40356** |
| **2.153.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5465:Scon** **Georgetown, KY 40324** |
| **2.154.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5466:Anpp** **Lexington, KY 40503** |

Debtor 1   **Lexington Blue, Inc.**                                    Case number *(if known)*
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.155.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5467:Sher** **Harrodsburg, KY 40330** |
| **2.156.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5468:Chrd** **Richmond, KY 40475** |
| **2.157.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Siding and Exterior** |
| State the term remaining | |
| List the contract number of any government contract | **24-5469:Anry** **Georgetown, KY 40324** |
| **2.158.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5470:Surd** **Lexington, KY 40502** |
| **2.159.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5472:Jung** **Lexington, KY 40517** |

Debtor 1  **Lexington Blue, Inc.**
<u>First Name</u>          <u>Middle Name</u>          <u>Last Name</u>                    Case number *(if known)*  _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5473:schy**<br>**Lexington, KY 40503** |
| **2.161.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5474:Maez**<br>**Lexington, KY 40505** |
| **2.162.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5475:Boso**<br>**Lexington, KY 40515** |
| **2.163.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5476:Runs**<br>**Frankfort, KY 40601** |
| **2.164.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Repairs** |
| State the term remaining | |
| List the contract number of any government contract | **24-5477:Miey**<br>**Richmond, KY 40475** |

Debtor 1  **Lexington Blue, Inc.**                                                    Case number *(if known)* _____
     First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 24-5478:Lars<br>Lexington, KY 40517 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 24-5479:Cais<br>Lexington, KY 40515 |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 24-5480:Tire<br>Nicholasville, KY 40356 |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 24-5481:Dars<br>Paris, KY 40361 |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Siding and Exterior** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | 24-5483:Joor<br>Nicholasville, KY 40356 |

Debtor 1    **Lexington Blue, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.170.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5484:Daer**<br>**Lexington, KY 40514** |
| **2.171.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5486:Lost**<br>**Versailles, KY 40383** |
| **2.172.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5487:Miin**<br>**Paris, KY 40361** |
| **2.173.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5488:Viea**<br>**Lexington, KY 40513** |
| **2.174.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5489:Wiil**<br>**Lexington, KY 40517** |

Debtor 1    **Lexington Blue, Inc.**                                          Case number *(if known)* _____
            First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.175. State what the contract or lease is for and the nature of the debtor's interest | **Repair - Shingle, drip edge** |
| State the term remaining | |
| List the contract number of any government contract | **24-5490:Rone** <br> **Lexington, KY 40503** |
| 2.176. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5492:Door** <br> **Lexington, KY 40503** |
| 2.177. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5493:Sath** <br> **Frankfort, KY 40601** |
| 2.178. State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5501:Maaa** <br> **Lexington, KY 40515** |
| 2.179. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5502:Dett** <br> **Versailles, KY 40383** |

Debtor 1    **Lexington Blue, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)　_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.180.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5503:Jong** **Lawrenceburg, KY 40342** |
| **2.181.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5504:Saon** **Lexington, KY 40515** |
| **2.182.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5505:Soez** **Paris, KY 40361** |
| **2.183.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5507:Tird** **Lexington, KY 40515** |
| **2.184.** State what the contract or lease is for and the nature of the debtor's interest | **Other, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5509:Rams** **Lexington, KY 40502** |

Debtor 1   **Lexington Blue, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.185.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>24-5510:Anls<br>Lexington, KY 40503 |
| **2.186.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>24-5511:Miez<br>Frankfort, KY 40601 |
| **2.187.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>24-5512:Arns<br>Lexington, KY 40511 |
| **2.188.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>24-5513:Sues<br>Lexington, KY 40503 |
| **2.189.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>24-5514:Brgs<br>Lexington, KY 40514 |

Debtor 1   **Lexington Blue, Inc.**
  First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.190.** State what the contract or lease is for and the nature of the debtor's interest | **Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5515:Roon**<br>**Frankfort, KY 40601** |
| **2.191.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5516:Mall**<br>**Mount Sterling, KY 40353** |
| **2.192.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5517:Zans**<br>**Lexington, KY 40505** |
| **2.193.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5518:Erey**<br>**Winchester, KY 40391** |
| **2.194.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5519:Beon**<br>**Lexington, KY 40517** |

Debtor 1   **Lexington Blue, Inc.**                                                    Case number (*if known*) _____
    First Name      Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.195. State what the contract or lease is for and the nature of the debtor's interest | **Metal Roof, Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5520:Aner** **Corinth, KY 41010** |
| 2.196. State what the contract or lease is for and the nature of the debtor's interest | **Repairs, Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5521:Ster** **Lancaster, KY 40444** |
| 2.197. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5522:Jogg** **Lexington, KY 40517** |
| 2.198. State what the contract or lease is for and the nature of the debtor's interest | **Gutters** |
| State the term remaining | |
| List the contract number of any government contract | **24-5523:Das)** **Lexington, KY 40509** |
| 2.199. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5524:chck** **Frankfort, KY 40601** |

Debtor 1  **Lexington Blue, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.200. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5525:Aron** <br> **Lawrenceburg, KY 40342** |
| 2.201. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5526:Caer** <br> **Lexington, KY 40503** |
| 2.202. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5527:Roas** <br> **Lexington, KY 40515** |
| 2.203. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5528:Deey** <br> **Lexington, KY 40503** |
| 2.204. State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **24-5529:Jutt** <br> **Lexington, KY 40502** |

| Debtor 1 | **Lexington Blue, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5530:Tele**<br>**Lexington, KY 40502** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **24-5531:Shar**<br>**Lexington, KY 40517** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing, Gutters** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **26:Fiez**<br>**Louisville, KY 40216** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **28:Jein**<br>**Louisville, KY 40272** |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **29:Jais**<br>**Louisville, KY 40210** |

| Debtor 1 | **Lexington Blue, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **30:Nesh**<br>**Louisville, KY 40258** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **31:Coal**<br>**Louisville, KY 40272** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **32:Doth**<br>**Louisville, KY 40258** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **33:Anry**<br>**Louisville, KY 40258** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **34:Joer**<br>**Louisville, KY 40258** |

Debtor 1    **Lexington Blue, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **35:Taps**<br>**Louisville, KY 40213** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Gutters** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **36:Jaon**<br>**Louisville, KY 40258** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **37:Mien**<br>**Louisville, KY 40258** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **38:Grey**<br>**Louisville, KY 40223** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **40:Dons**<br>**Louisville, KY 40212** |

Debtor 1    **Lexington Blue, Inc.**

First Name          Middle Name          Last Name          Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**41:Tirr**
**Louisville, KY 40216**

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**42:Maer**
**Louisville, KY 40220**

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**44:Jott**
**Louisville, KY 40214**

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**45:Larf**
**Louisville, KY 40214**

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**46:Shey**
**Louisville, KY 40258**

Debtor 1   **Lexington Blue, Inc.**

First Name              Middle Name              Last Name

Case number *(if known)*

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **47:Phnd**<br>**Louisville, KY 40212** |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **50:Brsh**<br>**Louisville, KY 40218** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **51:Trtt**<br>**Louisville, KY 40206** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Gutters** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **52:Wace**<br>**Louisville, KY 40215** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **53:Abes**<br>**Louisville, KY 40216** |

---

Debtor 1   **Lexington Blue, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

<span style="background-color:#3d0033;">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| | State the term remaining | |
| | List the contract number of any government contract | **54:Arey**<br>**Louisville, KY 40211** |

| | | |
|---|---|---|
| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| | State the term remaining | |
| | List the contract number of any government contract | **55:Glrs**<br>**Louisville, KY 40213** |

| | | |
|---|---|---|
| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| | State the term remaining | |
| | List the contract number of any government contract | **56:Rott**<br>**Louisville, KY 40242** |

| | | |
|---|---|---|
| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| | State the term remaining | |
| | List the contract number of any government contract | **57:Caig**<br>**Louisville, KY 40216** |

| | | |
|---|---|---|
| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| | State the term remaining | |
| | List the contract number of any government contract | **58:Matt**<br>**Louisville, KY 40245** |

Debtor 1     **Lexington Blue, Inc.**
    First Name       Middle Name       Last Name            Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing and gutters** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **59:Ryar**<br>**Louisville, KY 40220** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **60:Daur**<br>**Louisville, KY 40214** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **61:Wird**<br>**Louisville, KY 40242** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **62:Hoer**<br>**Shepherdsville, KY 40165** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **63:vion**<br>**Louisville, KY 40220** |

Debtor 1    **Lexington Blue, Inc.**
_____    Case number *(if known)* _____
First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.240.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **64:Saoi** **Louisville, KY 40218** |
| **2.241.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **65:They** **Louisville, KY 40219** |
| **2.242.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **67:Krez** **Louisville, KY 40214** |
| **2.243.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **68:Juez** **Louisville, KY 40218** |
| **2.244.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **69:Gete** **Louisville, KY 40220** |

Debtor 1   **Lexington Blue, Inc.**
_____          Case number *(if known)* _____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.245.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **70:Hang** Louisville, KY 40218 |
| **2.246.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **73:War.** Louisville, KY 40212 |
| **2.247.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **74:Chon** Louisville, KY 40220 |
| **2.248.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **75:Loby** Louisville, KY 40220 |
| **2.249.** State what the contract or lease is for and the nature of the debtor's interest | **Roofing** |
| State the term remaining | |
| List the contract number of any government contract | **77:Keyo** Louisville, KY 40229 |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 50 of 54

Debtor 1  **Lexington Blue, Inc.**
   First Name      Middle Name      Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.250.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**78:Kaph**<br>**Louisville, KY 40216** |
| **2.251.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**80:Nais**<br>**fersontown, KY 40299** |
| **2.252.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**81:Shst**<br>**Washington, KY 40047** |
| **2.253.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**82:Jais**<br>**Louisville, KY 40258** |
| **2.254.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**83:Teon**<br>**Louisville, KY 40229** |

| Debtor 1 | **Lexington Blue, Inc.** | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **84:Brrs**<br>**Louisville, KY 40207** |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **85:Juoz**<br>**Louisville, KY 40291** |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **87:Jile**<br>**Washington, KY 40047** |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **88:Cras**<br>**Louisville, KY 40118** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **89:Clin**<br>**Prospect, KY 40059** |

Debtor 1    **Lexington Blue, Inc.**                                              Case number *(if known)*
_____
First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.260. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**90:Wert**<br>**Louisville, KY 40206** |
| 2.261. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**91:Jers**<br>**Prospect, KY 40059** |
| 2.262. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Roofing**<br><br><br><br>**92:Mael**<br>**Louisville, KY 40219** |
| 2.263. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial  landlord**<br>**for Lexington location**<br><br><br>**David Burton**<br>**287 Pasadena Drive**<br>**Lexington, KY 40503** |
| 2.264. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Opened**<br>**Vehicle Leases**<br><br><br>**GM Financial**<br>**PO Box 1510**<br>**Cockeysville, MD 21030-7510** |

Debtor 1  **Lexington Blue, Inc.**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial landlord for Cincinnati location** | |
|---|---|---|---|
| | State the term remaining | | **RIZE Inc.** |
| | List the contract number of any government contract | | **10587 Montgomery Rd** **Cincinnati, OH 45242** |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial landlord for Louisville location** | |
|---|---|---|---|
| | State the term remaining | | **Z-Squared Properties, LLC** |
| | List the contract number of any government contract | | **105 S. Sherrin Ave.** **Louisville, KY 40207** |

## United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Lexington Blue, Inc.**                                    Case No.

                                        Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brad Pagel**<br>**P.O. Box 121241**<br>**Covington, KY 41012** | **Shares** | **Unknown** | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO, owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 15, 2025**                            Signature    **/s/ Brad Pagel**

                                                    **Brad Pagel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Lexington Blue, Inc.** _____   Case No. _____
                                        Debtor(s)          Chapter   **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, the CEO, owner of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty

of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of   **28**   page(s) is true and correct

and complete, to the best of my (our) knowledge.

Date:   **June 15, 2025** _____         **/s/ Brad Pagel** _____
                                                  **Brad Pagel/CEO, owner**
                                                  Signer/Title

I, _____ **J. Christian Dennery** _____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached
Master Address List consisting of   **28**   page(s) has been verified by comparison to Schedules D through H to be complete, to the
best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide
notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as
any amendments may be made.

Date:   **June 15, 2025** _____         **/s/ J. Christian Dennery** _____
                                                  Signature of Attorney
                                                  **J. Christian Dennery**
                                                  **Dennery, PLLC**
                                                  **PO Box 121241**
                                                  **Covington, KY 41012**
                                                  **(888) 833-2826   Fax: (859) 386-2687**

```
024-102:Heng
Dayton OH 45431


024-156:Miee
Monroe OH 45050


024-157:Maon
Cincinnati OH 45240


024-159:Cach
Cincinnati OH 45237


024-165:Rans
Ft Wright KY 41011


024-167:Chay
Covington KY 41011


024-175:Male
Independence KY 41051


024-176:Raet
Cincinnati OH 45216


024-177:Rean
Cincinnati OH 45240


024-181:Ante
Cincinnati OH 45240


024-184:Frel
Trenton OH 45067
```

```
024-185:Daey
Cleves OH 45002


024-186:Jong
Cincinnati OH 45231


024-187:Wals
Florence KY 41042


024-188:Fren
Lebanon OH 45036


024-189:Joen
Union KY 41091


024-190:Jous
Erlanger KY 41018


024-191:Joth
Lebanon OH 45036


024-196:Lion
Golf Manor OH 45237


024-197:Leor
Cincinnati OH 45231


024-198:Brtt
Hamersville OH 45130


10:Dals
Louisville KY 40220
```

16-4777:Sand
Lexington KY 40504


16-4808:Adra
Lexington KY 40503


16-4811:Teth
Georgetown KY 40324


16-4880:Sais
Lawrenceburg KY 40342


19:Kell
Louisville KY 40210


20:Kird
Louisville KY 40291


21:Phwe
Louisville KY 40212


22:Rill
Louisville KY 40258


23-4920:Heva
Lexington KY 40515


23-4964:Lars
Richmond KY 40475


23-4967:Vaur
Richmond KY 40475

23-5012:Roer
Richmond KY 40475


23-5014:Nott
Mount Sterling KY 40353


23-5022:Elrd
Danville KY 40422


23-5035:Scon
Versailles KY 40383


23-5036:Lef)
Lexington KY 40514


23-5083:Piga
Lexington KY 40511


23-5097:Sher
Lexington KY 40509


23-5098:Bron
Richmond KY 40475


23-5123:Anon
Berea KY 40403


23-5131:Daer
Nicholasville KY 40356


23-5146:Bots
Nicholasville KY 40356

23-5171:Strd
Lexington KY 40509

23-5175:Jays
Lexington KY 40513

23-5183:Mall
Lexington KY 40515

23-5187:Rops
Lexington KY 40517

23:Rion
Louisville KY 40258

24-5192:Jier
Lexington KY 40515

24-5199:Jewn
Lexington KY 40503

24-5202:Bery
Richmond KY 40475

24-5209:Fesm
Lexington KY 40515

24-5213:Kaer
Lexington KY 40517

24-5221:Jaan
Richmond KY 40475

24-5228:Jend
Lexington KY 40511


24-5240:Daey
Paris KY 40361


24-5244:Keco
Lexington KY 40503


24-5245:Joey
Georgetown KY 40324


24-5248:Roes
Lexington KY 40515


24-5257:Mial
Richmond KY 40475


24-5258:Daon
Lexington KY 40514


24-5260:Doee
Lexington KY 40514


24-5262:Kens
Lexington KY 40515


24-5266:Malg
Georgetown KY 40324


24-5272:Lill
Lexington KY 40504

24-5285:Bong
Nicholasville KY 40356


24-5289:Boon
Lexington KY 40514


24-5292:Juoe
Lexington KY 40513


24-5297:Saez
Lexington KY 40515


24-5317:Madu
Lexington KY 40513


24-5318:Tiam
Lexington KY 40503


24-5323:Grer
Lexington KY 40517


24-5329:joch
Lexington KY 40515


24-5334:Naan
Lexington KY 40514


24-5336:Haon
Lexington KY 40502


24-5345:Joan
Lexington KY 40515

24-5346:Brdy
Lexington KY 40503


24-5351:Wars
Nicholasville KY 40356


24-5353:Miin
Lexington KY 40514


24-5355:Join
Lexington KY 40515


24-5356:Fren
Lexington KY 40502


24-5359:Lirt
Lexington KY 40514


24-5360:Cair
Lexington KY 40502


24-5361:Keys
Lexington KY 40515


24-5362:Lion
Lexington KY 40515


24-5363:Anli
Lexington KY 40515


24-5368:Baer
Lexington KY 40509

```
24-5369:Chch
Lexington KY 40509


24-5371:Emye
Lexington KY 40511


24-5380:Lion
Versailles KY 40383


24-5382:Mars
Lexington KY 40509


24-5384:Lion
Lexington KY 40513


24-5387:Mael
Lexington KY 40503


24-5388:Rang
Versailles KY 40383


24-5390:Land
Versailles KY 40383


24-5391:Goam
Lexington KY 40514


24-5392:Sual
Lexington KY 40517


24-5394:Waga
Lexington KY 40503
```

24-5396:Gler
Lexington KY 40503


24-5397:Ving
Lexington KY 40503


24-5399:Loer
Georgetown KY 40324


24-5401:Ales
Lexington KY 40505


24-5402:Keid
Nicholasville KY 40356


24-5403:Lier
Lexington KY 40514


24-5405:Suas
Lexington KY 40514


24-5407:Gatz
Lexington KY 40514


24-5408:Tid)
Lexington KY 40517


24-5409:Auke
Lexington KY 40517


24-5410:Maer
Lexington KY 40503

24-5411:Kean
Lexington KY 40503


24-5412:Ciin
Lexington KY 40513


24-5413:Brer
Lexington KY 40514


24-5414:Kews
Lexington KY 40511


24-5415:Crth
Lexington KY 40514


24-5416:Staj
Lexington KY 40509


24-5417:Kaon
Lexington KY 40503


24-5420:Sary
Lexington KY 40503


24-5422:Loon
Lexington KY 40514


24-5423:Doon
Lexington KY 40514


24-5424:Jofe
Lexington KY 40514

```
24-5425:Brey
Frankfort KY 40601


24-5426:Virt
Lexington KY 40514


24-5427:ElJR
Lexington KY 40503


24-5428:Peov
Lexington KY 40503


24-5432:Hazu
Lexington KY 40514


24-5433:Gren
Paris KY 40361


24-5434:Brgh
Lexington KY 40515


24-5435:Roer
Lexington KY 40509


24-5436:Scin
Lancaster KY 40444


24-5440:Dons
Lexington KY 40503


24-5441:Laan
Lexington KY 40511
```

24-5442:Crll
Lexington KY 40502


24-5443:Nord
Nicholasville KY 40356


24-5444:Nkla
Lexington KY 40516


24-5446:Jeon
Lexington KY 40511


24-5447:Annt
Nicholasville KY 40356


24-5448:Zaer
Georgetown KY 40324


24-5449:Grey
Frankfort KY 40601


24-5451:Raff
Versailles KY 40383


24-5452:Brel
Lexington KY 40511


24-5453:Mair
Lexington KY 40503


24-5454:Dams
Lexington KY 40503

24-5455:Jaob
Lexington KY 40511


24-5456:Mies
Lexington KY 40514


24-5457:Joay
Lexington KY 40502


24-5459:Rian
Lexington KY 40513


24-5460:Keel
Versailles KY 40383


24-5461:Joer
Lexington KY 40514


24-5462:Jing
Lexington KY 40511


24-5463:Brer
Lexington KY 40509


24-5464:Kely
Nicholasville KY 40356


24-5465:Scon
Georgetown KY 40324


24-5466:Anpp
Lexington KY 40503

24-5467:Sher
Harrodsburg KY 40330


24-5468:Chrd
Richmond KY 40475


24-5469:Anry
Georgetown KY 40324


24-5470:Surd
Lexington KY 40502


24-5472:Jung
Lexington KY 40517


24-5473:schy
Lexington KY 40503


24-5474:Maez
Lexington KY 40505


24-5475:Boso
Lexington KY 40515


24-5476:Runs
Frankfort KY 40601


24-5477:Miey
Richmond KY 40475


24-5478:Lars
Lexington KY 40517

24-5479:Cais
Lexington KY 40515


24-5480:Tire
Nicholasville KY 40356


24-5481:Dars
Paris KY 40361


24-5483:Joor
Nicholasville KY 40356


24-5484:Daer
Lexington KY 40514


24-5486:Lost
Versailles KY 40383


24-5487:Miin
Paris KY 40361


24-5488:Viea
Lexington KY 40513


24-5489:Wiil
Lexington KY 40517


24-5490:Rone
Lexington KY 40503


24-5492:Door
Lexington KY 40503

24-5493:Sath
Frankfort KY 40601


24-5501:Maaa
Lexington KY 40515


24-5502:Dett
Versailles KY 40383


24-5503:Jong
Lawrenceburg KY 40342


24-5504:Saon
Lexington KY 40515


24-5505:Soez
Paris KY 40361


24-5507:Tird
Lexington KY 40515


24-5509:Rams
Lexington KY 40502


24-5510:Anls
Lexington KY 40503


24-5511:Miez
Frankfort KY 40601


24-5512:Arns
Lexington KY 40511

24-5513:Sues
Lexington KY 40503


24-5514:Brgs
Lexington KY 40514


24-5515:Roon
Frankfort KY 40601


24-5516:Mall
Mount Sterling KY 40353


24-5517:Zans
Lexington KY 40505


24-5518:Erey
Winchester KY 40391


24-5519:Beon
Lexington KY 40517


24-5520:Aner
Corinth KY 41010


24-5521:Ster
Lancaster KY 40444


24-5522:Jogg
Lexington KY 40517


24-5523:Das)
Lexington KY 40509

```
24-5524:chck
Frankfort KY 40601


24-5525:Aron
Lawrenceburg KY 40342


24-5526:Caer
Lexington KY 40503


24-5527:Roas
Lexington KY 40515


24-5528:Deey
Lexington KY 40503


24-5529:Jutt
Lexington KY 40502


24-5530:Tele
Lexington KY 40502


24-5531:Shar
Lexington KY 40517


26:Fiez
Louisville KY 40216


28:Jein
Louisville KY 40272


29:Jais
Louisville KY 40210
```

```
30:Nesh
Louisville KY 40258


31:Coal
Louisville KY 40272


32:Doth
Louisville KY 40258


33:Anry
Louisville KY 40258


34:Joer
Louisville KY 40258


35:Taps
Louisville KY 40213


36:Jaon
Louisville KY 40258


37:Mien
Louisville KY 40258


38:Grey
Louisville KY 40223


40:Dons
Louisville KY 40212


41:Tirr
Louisville KY 40216
```

```
42:Maer
Louisville KY 40220


44:Jott
Louisville KY 40214


45:Larf
Louisville KY 40214


46:Shey
Louisville KY 40258


47:Phnd
Louisville KY 40212


50:Brsh
Louisville KY 40218


51:Trtt
Louisville KY 40206


52:Wace
Louisville KY 40215


53:Abes
Louisville KY 40216


54:Arey
Louisville KY 40211


55:Glrs
Louisville KY 40213
```

56:Rott
Louisville KY 40242


57:Caig
Louisville KY 40216


58:Matt
Louisville KY 40245


59:Ryar
Louisville KY 40220


60:Daur
Louisville KY 40214


61:Wird
Louisville KY 40242


62:Hoer
Shepherdsville KY 40165


63:vion
Louisville KY 40220


64:Saoi
Louisville KY 40218


65:They
Louisville KY 40219


67:Krez
Louisville KY 40214

```
68:Juez
Louisville KY 40218


69:Gete
Louisville KY 40220


70:Hang
Louisville KY 40218


73:War.
Louisville KY 40212


74:Chon
Louisville KY 40220


75:Loby
Louisville KY 40220


77:Keyo
Louisville KY 40229


78:Kaph
Louisville KY 40216


80:Nais
fersontown KY 40299


81:Shst
Washington KY 40047


82:Jais
Louisville KY 40258
```

```
83:Teon
Louisville KY 40229


84:Brrs
Louisville KY 40207


85:Juoz
Louisville KY 40291


87:Jile
Washington KY 40047


88:Cras
Louisville KY 40118


89:Clin
Prospect KY 40059


90:Wert
Louisville KY 40206


91:Jers
Prospect KY 40059


92:Mael
Louisville KY 40219



American Building & Contracting
c/o Timothy Ducar
Law Office of Timothy D. Ducar, PLC
9280 E. Raintree Dr., Suite 104
Scottsdale AZ 85260


Andrew Stringer
11907 Palba Way 6906
Fort Myers FL 33912
```

Bluevine Inc.
401 Warren St
Redwood City CA 94063-1578


Central Bank
256 Southland Dr
Lexington KY 40503-1932


Chase Bank
201 E. Main St
Lexington KY 40507


Christopher Jackson
4588 Bells Ln
Cincinnati OH 45244


COM. OF KY, EX. REL. RUSSELL COLEMAN, AG
OFFICE OF THE KENTUCKY ATTORNEY GENERAL
1024 CAPITAL CENTER DRIVE, SUITE 200
Frankfort KY 40601


Dacoda S. Mays
821 marcellus drive
Lexington KY 40505


David Burton
287 Pasadena Drive
Lexington KY 40503


David Hodgson
577 Green Valley Drive
Lexington KY 40511


David Perkins
577 Green Valley Dr
Lexington KY 40511


Dennis West
1187 Hatcher Court
Independence KY 41051

Dennis West
Adams Law, PLLC
Attn: Stacey Lynn Graus
40 West Pike Street
Covington KY 41011


Elite Graphics
500 Horton Ct
Lexington KY 40511


Emily M. Rees
828 Malabu Dr. Apt. 312
Lexington KY 40502


Emily Shelfer
8500 Westmont Dr Apt. H363
Sellersburg IN 47172


Fifth Third Bank
250 West Main Street
Lexington KY 40507


GM Financial
PO Box 1510
Cockeysville MD 21030-7510


Google Drive
C/O Custodian of Records
1600 Amphitheatre Parkway
Mountain View CA 94043


Gulfside Supply, Inc.
d/b/a Gulfeagle Sup
2900 E. 7th Avenue
Suite 200
Tampa FL 33605


Gulfside Supply, Inc.
Gatlin Voelker PLLC
Attn: Jack Scott Gatlin
50 E. Rivercenter Blvd, Suite 1275
Covington KY 41011


Gusto
525 20th St
San Francisco CA 94107-4345

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


James Greathouse
2201 Gulfstream Drive
Lexington KY 40504


James Greathouse
Smith O'Toole & Brooke
Attn: James Nicholas O'Toole
3080 Harrodsburg Dr., Suite 101
Lexington KY 40503


Jessica Liban
7479 Valley View Place Apt 204
Cincinnati OH 45244


Kapitus
120 West 45th Street
New York NY 10036-4041


Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort KY 40602


Kentucky Education and Labor Cabinet
500 Mero Street
Frankfort KY 40601


Lane & Hicks Computer Consulting LLC
2177 Broadhead Place
Lexington KY 40515


Lane & Hicks Computer Consulting LLC
Bullock & Associates, LLC
Attn: Rachele Taylor Yohe
234 North Limestone
Lexington KY 40507


Madison M. Drake
445 Darbyshire Dr 45177
Wilmington OH 45177

RIZE Inc.
10587 Montgomery Rd
Cincinnati OH 45242


Sara Nichols
9950 Washington Ave
Loveland OH 45140


Stuart Goldsborough
7667 Old Richmond Rd
Lexington KY 40515


Stuart Goldsborough
Law Office of Steven A. Wides
Attn: Steven A. Wides
149 North Limestone
Lexington KY 40507


U.S. Equal Employment Opportunity Commis
600 Dr. Martin Luther King Jr. Place
Suite 268
Louisville KY 40202


Z-Squared Properties, LLC
105 S. Sherrin Ave.
Louisville KY 40207

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Lexington Blue, Inc.** _____          Case No. _____

                                                       Debtor(s)          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lexington Blue, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brad Pagel**
**P.O. Box 121241**
**Covington, KY 41012**

☐ None [*Check if applicable*]

June 15, 2025 _____          **/s/ J. Christian Dennery** _____
Date                                             **J. Christian Dennery**

                                                Signature of Attorney or Litigant
                                                Counsel for   **Lexington Blue, Inc.**
                                                **Dennery, PLLC**
                                                **PO Box 121241**
                                                **Covington, KY 41012**
                                                **(888) 833-2826 Fax:(859) 386-2687**
                                                **info@bk-lexingtonblue.com**

**RESOLUTION AUTHORIZING THE COMMENCEMENT OF CHAPTER 11 CASE,
APPOINTING BRAD PAGEL. AS THE CORPORATE REPRESENTATIVE IN THE
BANKRUPTCY PROCEEDINGS, AND APPROVING OF DENNERY, PLLC AS
BANKRUPTCY COUNSEL**

**WHEREAS**, at a duly called special meeting of Lexington Blue, Inc., a corporation company duly organized under the laws of the commonwealth of Kentucky (the "company" OR "LB."), it was determined that the company qualifies as a small business debtor under Chapter 11 of the United States Bankruptcy Code, and that the best interest of the Company and its creditors would be served by filing a petition under Chapter 11 of the United States Bankruptcy Code; now therefore:

**IT IS RESOLVED** that the Company shall file a petition under Chapter 11 of the United States Bankruptcy Code with a view of reorganizing its financial affairs.

**IT IS RESOLVED** that, effective June 10, 2025, (the "Effective Date"), Brad Pagel is hereby designated as the corporate representative who shall have the authority to execute any and all petitions, schedules, statements, plans, and other necessary documents in the Chapter 11 case on behalf of the company.

**IT IS FURTHER RESOLVED** that J. Christian A. Dennery and Dennery, PLLC shall be retained to file a bankruptcy petition on behalf of the Company, and subject to further court approval, represent the company in all matters related to the Chapter 11 case.

The foregoing matters were transacted and unanimously approved by the sole shareholder of Lexington Blue, Inc. at a special meeting duly called and held on June 10, 2025.

_Brad Pagel (Jun 10, 2025 13:13 CDT)_
_____

By: Brad Pagel
Its: Member
Date: June 10, 2025

**CERTIFICATION**

I, Brad Pagel, the chief executive officer and sole shareholder of Lexington Blue, Inc., certify and declare under penalty of perjury that the above is a true and correct account of a resolution duly passed and adopted by the company on the Effective Date set forth above.

Certified under penalty of perjury on ___Jun 10, 2025_____ by:

_Brad Pagel (Jun 10, 2025 13:13 CDT)_
_____
Brad Pagel
Chief Executive Officer
Sole Shareholder